# .JUNE, 1925.

### ALEXANDRO ESTRADO v. THE STATE.

No. 9526. Delivered June 17, 1925.

**Assault to Murder—No Statement of Facts—Nor Bills of Exception.**

The record in this case contains neither statement of facts nor bills of exception, and the judgment is affirmed.

Appeal from the District Court of Bexar County. Tried below before the Hon. W. W. McCrory, Judge.

Appeal from a conviction for an assault with intent to murder; penalty, two years in the penitentiary.

*A. B. Cowan,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for assault with intent to murder. Punishment, two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

*Affirmed.*